

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

BRAUN THOMPSON #09106-029 )
_____ )   Case Number: 22-59-JPG
_____ )              (Clerk's Office will provide)
_____ )
                          )
     Plaintiff(s)/Petitioner(s)   )
           v.             )   ☐ CIVIL RIGHTS COMPLAINT
                          )     pursuant to 42 U.S.C. §1983 (State Prisoner)
~~Unknown~~ Staff at      )   ☒ CIVIL RIGHTS COMPLAINT
U.S.P. Marion; F.B.O.P Staff, )     pursuant to 28 U.S.C. §1331 (Federal Prisoner)
identities unsure         )   ☐ CIVIL COMPLAINT
_____ )     pursuant to the Federal Tort Claims Act, 28 U.S.C.
     Defendant(s)/Respondent(s)   )   §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

   BRAUN THOMPSON #09106-029
   U.S.P. MARION
   P.O. BOX 1000
   MARION, IL. 62959

**Defendant #1:**

B. Defendant ___NOT SURE___ is employed as
            (a) (Name of First Defendant)

   ___NOT SURE / GUARD___
            (b)        (Position/Title)

   with ___FBOP / U.S.P. MARION___
            (c) (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:

Guard at U.S.P. Marion

**Defendant #2:**

C.  Defendant **OTHER STAFF** is employed as
(Name of Second Defendant)

**NOT SURE OF IDENTITIES**
(Position/Title)

with **Federal Bureau Of Prisons**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☒ Yes   ☐ No

If you answer is YES, briefly explain:

Employed with federal government

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

See "C."

Rev. 10/3/19

II.  PREVIOUS LAWSUITS

A.  Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.  If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

I currently have a lawsuit in action with the Court, case no: 3:21-CV-01097-JPG, that has all this information filed

1.  Parties to previous lawsuits:
    Plaintiff(s):
    Myself

    Defendant(s):
    U.S.P. Coleman II and FNU LOCKETT

2.  Court (if federal court, name of the district; if state court, name of the county):
    Middle District of Florida, Ocala Division

3.  Docket number:
    Case No: 5:18-CV-609-Oc-10PRL

4.  Name of Judge to whom case was assigned:
    Can't read signature

5.  Type of case (for example: Was it a habeas corpus or civil rights action?): Civil rights

6.  Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
    Dismissed

Rev. 10/3/19

Additional Page For

## II. Previous Lawsuits

I have no paperwork/records for this since they were all "disappeared" by the F.B.O.P during transfers. In what I believe was the Summer 2013 — Aug. or Sept. — I filed a civil lawsuit, from F.C.I Pekin, against that institution and the federal government, that was dismissed in the Spring of 2014. I believe this was filed in the middle district, Illinois.

As stated on the previous page, this "previous lawsuit" information is already before the Court, do to a current civil lawsuit I have filed; case no: 3:21-cv-01097-JPG, that is active before the Court.

7. Approximate date of filing lawsuit:
November 2018

8. Approximate date of disposition:
April? 2019

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"
"failure to state a claim...." I believe, do to checking the wrong box on a form

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☐ Yes ☐ No
Unavailable at time(s) of incident(s) — see "C"

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☐ No
See "C"

C. If your answer is YES,
1. What steps did you take? Unit Team staff were unavailable, so no grievance steps were available as would be the norm. I therefore used the emergency email system to the DOJ/Sexual Abuse Complaints several times to no avail, as well as email to Warden. I sent two Certified letters to the Attorney General, both of which were received.
2. What was the result?
Fundamentally, nothing — I was informed once that an investigation was taking place, but nothing came of it nor was I ever contacted about it. Please see the Statement of Claim for a clearer, deeper explaination.

D. If your answer is NO, explain why not.

See above

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No
See above

F. If your answer is YES,
1. What steps did you take?
See above

Rev. 10/3/19

2. What was the result?

*See above*

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

*None available. The emails are not available and I had no way to make photocopies to/of the letters to the Attorney General, nor did I ever receive any response.*

Rev. 10/3/19

IV.     STATEMENT OF CLAIM

   A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

This lawsuit deals with various misconduct of staff during the COVID 19 situation, and the various related abuses to me because of that misconduct.

(1) In November of 2020 I had just been transfered to cellblock "D" at U.S.P. Marion, a "single-man cell" block. I noticed immediately that several of the staff were refusing to wear masks, inspite of legal requirements to do so, and ignored questions/complaints about it, claiming they did not have to obey those requirements even though prisoners did. No Unit Team was available, they did not come around, so administrative remedy process was not available. I had been transfered the last week of October. Less than two weeks into November literally half our cellblock was sick with COVID 19, over 30 people, some of us seriously including myself. This can only be do to Staff "Carriers" bringing it in and exposing us. Suddenly all staff started wearing masks, etc., but we had already been exposed. I went through several days of physical misery.

(2) In December, after the cellblock had been finally "cleared", no more active cases, many staff started refusing to wear masks again, inspite of complaints. As stated above, no grievance procedures were available, and we were continuously locked in our cellblock. I therefore used the staff email emergency complaint system to the DOJ/Sexual Abuse Complaints several times, asking for the complaints to be forwarded to the Warden, Region, and Washington, D.C., as well as the F.B.I. if I remember correctly. (Note: this procedure, a few months later, was officially formalized by the Attorney General in an email instruction to the prison population, as a proper way to file complaints.) This went on for weeks, until on the evening of Jan. 5, 2021 I physically went to the entrance to S.H.U. (Special Housing Unit) to "check in", to remove myself from general population as both protest to the staff refusing to wear masks or make prisoners do so, and to remove myself from that threat of possible re-exposure. Having had COVID 19 once in no way garuntees immunity to having it again, or immunity to being a "carrier" and infecting other people. I was ignored at the S.H.U. entrance. I ended up going to the lieutenants' office, but was refused to be allowed to "check in", threatened if I continued to demand to, and ordered to return to the cellblock to continue to be exposed to both staff and prisoners who were not wearing masks, or "social distancing", or anything else.

(3) The following day, Wed. Jan. 6, 2021, I returned to stand outside the S.H.U. entrance, where I continued to be ignored for hours, inspite of informing many staff, including lieutenants, of the
situation and what I was requesting. I was told "good luck with that" and "fat chance" with trying to avoid the real potential exposure to COVID again. No one would even discuss it with me, particularly the lieutenants.

[SEE ADDITIONAL PAGE]

Addendum To (1)
IV. STATEMENT OF CLAIM

(4) Sometime between 3:00 and 3:30 p.m. I was verbally accosted and then physically attacked by a staff member. I do not know his name for sure. His last name starts with "We..." but I could not see it clearly and he refused repeatedly to identify himself. I have been told his name is "Westbrook" but that may be just scuttlebutt. He came to the entrance of S.H.U. where I was and asked me what I was doing. I explained clearly and he said I could not check in and I told him I had the right to protect my life from threat and that policy required I be allowed to check in — I had been through similar situations in several other institutions, and knew the proper procedures and regulations. He denied that, took off his utility belt and charged at me, becoming very threatening and (attempted) intimidating physically, and then claimed I was trying to get physically violent when I refused to back down, inspite of the fact that I walk/hobble with a modified crutch as a walking staff because of continuously compressed nerves. He finally threatened to physically force me to leave the hallway and that I wasn't going to be allowed to check into S.H.U. no matter what my reason was. At that point in time I told him that since he was threatening me with a felony physical assault I would leave but was taking it to court. I turned and left, started hobbling away with my crutch to leave. This is on camera records, as well as witnessed. He came charging up behind me, grabbed my arm that I use with the crutch, and proceeded to push-drag-forcemarch me literally hundreds of yards through corridors, back to the cellblock I lived in. I use the crutch, by medical authorization, because continuously compressed nerves (sciatic in particular) cause continuous pain in my left side. I've had a crutch for over ten years. I need it to walk with to prevent my condition from being aggravated and immediately causing me much more pain. He had neither cause nor excuse to so attack me. I was already leaving, complying with his unlawful demands, and he physically forced me to stumble along in increasingly serious pain for a long time, breathing right next to me on my face and neck without a mask on. This was brutal and miserable and he made it clear he would make it worse if I dared resist. He dragged me all the way back to the cellhall — out of his assigned area — down steps and physically forced me into the cell, and had the bars closed behind me so that I couldn't leave the cell. This is an "open-faced" cell, all bars on the front, with everyone — both staff and prisoners — continuously walking right by it, most not wearing masks inspite of legal instructions to do so. The physical pain and threat of further abuse was quite serious.

(5) For the past almost year this situation has continued. Almost no staff ever wear masks in the cellblock, nor do prisoners, nor wear them in the hallways except down by the dining hall or if "outside" authorities are present. Again, this is

(1)

Addendum To (2)

## IV. STATEMENT OF CLAIM

all on camera. And in fact not even the Warden requires staff to wear masks except around the particular cameras around the dining hall entrance. Inspite of both the presidential order and legislative instructions — and daily P.A. announcements — many, many staff refuse in general to wear masks, practice social distancing, or anything else. This inspite of two cellblocks being "locked down" do to COVID exposure, currently.

I have been physically threatened, tormented and effectively tortured, and had my life and health negligently threatened. I believe that at least much of the above is civilly actionable for reccompense and possibly Court action in the form of Court Orders. I believe this is obviously serious as both abuse and threat, and equally obvious that I cannot proceed effectively without the services of an attorney I have no money for.

(2)

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Fudamentally I am seeking payment for various damages done to my person by various staff, and also applicable Court Orders to the institution based on the findings/verdict of the jury.

VI.  **JURY DEMAND** (check one box below)

The plaintiff [X] does  ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 01-03-2022 (date)

U.S.P. Marion
P.O. Box 1000
Street Address

Marion, IL. 62959
City, State, Zip

Braun Thompson
Signature of Plaintiff

BRAUN THOMPSON
Printed Name

#09106-029
Prisoner Register Number

NONE
Signature of Attorney (if any)

Rev. 10/3/19

**CERTIFIED MAIL**

7021 0350 0000 6940 6335

Braun Thompson #09106-029
United States Penitentiary - Marion
P.O. Box 1000
Marion, Illinois 62959

SPECIAL
LEGAL
MAIL

Clerk Of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, Illinois
62201

**RECEIVED**
**JAN 13 2022**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

