# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

BRAUN THOMPSON

_____

_____

_____

_Plaintiff(s)/Petitioner(s)_

v.

John Doe

_____

_____

_____

_Defendant(s)/Respondent(s)_

)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 3:22-CV-00059-NJR

(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

### Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.

BRAUN THOMPSON #09106-029
U.S.P. MARION
P.O. BOX 1000
MARION, ILLINOIS 62959

### Defendant #1:

B.   Defendant __JOHN DOE__ is employed as

(a)   (Name of First Defendant)

UNKNOWN / WORKING IN "S.H.U." at time of incident

(b)   (Position/Title)

with __F.B.O.P. / U.S.P. MARION__

(c)   (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain:

Working as a guard at U.S.P. MARION

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _____is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Rev. 10/3/19

Pg. 1 of 1

Previous Lawsuits:

Case No. 3:22-CV-00059-NJR
First Amended Complaint

I have two other lawsuits currently before the Court!

Thompson v. Brooks et al.      Case No. 3:22-CV-01327-JPG
   currently under Merit Review and filing fee Status

Case No. 3:21-CV-01400-NJR
   This case was dismissed but I have/am petitioning to have it
   re-opened for cause (and filing a complete amended complaint). So I
   don't know its official status.

II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☒Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  Myself

Defendant(s):  FCI PEKIN
F.B.O.P.
Dept. of Justice
U.S. Government

2.   Court (if federal court, name of the district; if state court, name of the county):  Federal District Court Middle District of Illinois

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  Dismissed

Rev. 10/3/19

7.   Approximate date of filing lawsuit:
August 2014

8.   Approximate date of disposition:
~~MAY/JUNE 2014~~   corrected to 10/04/2013

9.   Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"   Yes, I think it was

frivolous and/or failure to State a Claim

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution?   ☒ Yes   ☐ No
But it was not functional at the time

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   See "A"   ☐ Yes   ☐ No

C.   If your answer is YES,
1.   What steps did you take?
I filed e-mail Complaints with Warden, Also filed e-mail complaints Several times with DOJ emergency Complaint System. Also filed 2 Complaints Certified mail with Attorney General,

2.   What was the result? Basically nothing, Silence, One staff member here, who refused to identify herself, claimed she was investigating the situation, but she never talked to me about it, nor did anyone else

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No
See "C"

F.   If your answer is YES,
1.   What steps did you take?
"See "C"

Rev. 10/3/19

2.    What was the result?

See "c"

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I have no copies of any e-mails, nor could I have made any of the DOJ emergency complaint system. The letters I sent to the Attorney General were sent Certified, I have the receipts, but I have no copies. There were no administrative remedy forms involved.

Rev. 10/3/19

Statement Of Claim:
Case No. 3:22-CV-00059-NJR
First Amended Complaint

In early November 2020 I was living in cellblock "D", in an open-faced cell (bars across the front), It was a common practice of many staff to refuse to wear masks inspite of the posted Program Statements and daily PA announcements requiring them to do so. Quite obviously prisoners cannot be the primary vector for a COVID 19 outbreak in the institution (U.S.P. Marion); the originating exposure(s) must come via staff. These staff repeatedly ignored objections and questions about thier lack of masks, and Administrative Remedy was unavailable because Unit Team did not come to the block.

One morning the block was locked-down, and all of us were tested. About half of us, thirty to forty prisoners, tested positive. I was one of them, and was also one of those who became extremely sick for several days. The day we all tested positive all staff began wearing masks, in response to the peceived threat to thier health; only "positive" tested prisoners remained in the block as everyone else had been moved out. By December there were no longer any active cases/"positive" test results, and many staff began refusing to wear masks, as well as the majority of prisoners. Because I had no other options, I filed several complaints through the DOJ/Sexual Abuse emergency complaint system in December (this procedure was later officialized by the Attorney General), but I never received any response or action about it. On Tuesday 01/05/2021 I went both to the S.H.U. entrance and the Lieutenants' Office to attempt to "check-in" to S.H.U. (Special Housing Unit); this was done both to remove myself from a physically dangerous situation, and to object to it. Thousands of people were dying from COVID, and having been exposed to it once was no garuntee of immunity to it; not even vacination has that garuntee. I was refused entrance to S.H.U.

To this point in this complaint, the above is all for informational purposes and not part of what I am currently attempting to bring suit for. It is the following occurence that I am actually seeking to take action on.

On Wednesday 01/06/2021 I was at the S.H.U. entrance at about 3:00-3:30 p.m., attempting to "check-in" as I could no longer accept the threat to my health posed by a cellblock of both staff and prisoners refusing to wear masks. An arriving staff member came back out of S.H.U. and asked me what I was doing, and I told him. I could not see his name tag clearly, it was obscurred, but it started with "We.... or Wes...." (this is all on camera, the entire incident). He was caucasian, about my heighth of 5'8", dark hair fairly short, in fit condition. Several staff and prisoners (who saw him) later identified him to me as "Westbrook". He was #1 at S.H.U. for that watch (Evening), which I believe is an informal designation for the senior-in-authority line staff at S.H.U. working directly under the S.H.U. Lieutenant. As just stated, several people firmly

Statement of Claim:
Case No. 3:22-CV-00059-NJR
First Amended Complaint

identified him to me, but I do not know of myself his name for sure. I have also been told that he was the only male guard named "Westbrook" working regularly full time at this institution at the time. The following would have been recorded clearly on several security cameras.

When I told this [John Doe] guard I was checking in he told me that no I was not, inspite of why, that he was not allowing me to, which he did not have the authority to decide. We argued for several minutes. He very aggressively charged at me trying to intimidate me. He then threatened to use physical force to make me leave, and ordered me to return to my cellblock. I told him I would be seeing him in court on a civil lawsuit, and turned and started walking away, as ordered. He then charged me from behind, grabbed me, and started pushing/force-marching me down the corridor, without any cause at all. I was obeying his order.

At this point I need to explain my medical condition. For many years I have received regular chronic care for a permanantly compressed left sciatic nerve, and probably the peroneal nerve as well. I am in constant pain from it, and constantly walk/hobble with the use of an authorized crutch modified as a walking staff, to help me move without aggravating the injury and causing a severe increase in pain.

When he grabbed me he did so by grabbing my right shoulder and arm that I use for the crutch. He physically pushed/pulled me along, preventing me from properly using the crutch, causing me to hobble awkwardly, twisting and turning against the injured area and causing me extreme pain. This went on down two long corridors for several hundred feet. During it he stood off my right shoulder without a mask, breathing on my neck and face the whole time, forcing me to inhale his breath. Upon arriving at cellblock D he forced me down the steps and then down the tier into the cell, and had me locked in.

The grounds I am basing this action on are:

1. Physically attacking me for no cause while I was already obeying his order.
2. Force-marching me several hundred feet in extreme pain, literal torture.
3. Denying me my proper use of my medically authorized crutch while doing the above.
4. Forcing me into my cell and having me locked in while it was open-cell time.
5. Doing all of the above while clearly well out of his area of resposibility and authority: he was assigned to work in S.H.U., and left that area solely for the purpose of abusing me with malacious intent.

I believe the above actions of his constitute cruel and unusual punishment—literally torture—, denial of use of medical equiptment, threat to my health by breathing into

Statement Of Claim:

Case No, 3:22-CV-00059-NJR
First Amended Appeal

my face, false confinement locking me into a cell when he had no authority to do so, and deliberate terroristic threat to my person to repeat the above if I ever dared again to try to remove myself from a clear threat to my physical health, and possibly life, from people not wearing masks during the CovID 19 emergency, even though required to by posted Program Statement and daily PA announcements.

## IV.   STATEMENT OF CLAIM

    **A.**   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I am seeking to bring a civil suit against "John Doe" for monetary compensation for personal damages as listed in Statement of Claim. There is clearly no question of "good faith" on the part of John Doe. His attack was unprovoked and violent and deliberately abusive and torturous. He had no authority to act as he did, nor did he seek any authorization, and because of this he can have no "immunity", I do not know how much of this falls under "Bivens" potentially. Clearly a lot of it involves violation of Constitutional rights.

## VI.    JURY DEMAND (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  06/   /2022
      (date)

Braun Thompson
Signature of Plaintiff

P.O. Box 1000
Street Address

BRAUN THOMPSON
Printed Name

MARION, ILLINOIS 62959
City, State, Zip

09106-029
Prisoner Register Number

NONE
Signature of Attorney (if any)

Rev. 10/3/19

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Warden
United States Penitentiary
Marion, IL 62959
Date: JUN 3 0 2022

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened for inspection. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the matter for further information on clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

RECEIVED

JUL - 5 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE



CERTIFIED MAIL®

7021 2720 0001 8199 2197

BRAUN THOMPSON II 09106-029

United States Penitentiary / Marion

P.O. Box 1000

Marion, Illinois  62959



SPECIAL
LEGAL
MAIL

Clerk Of Court

United States District Court

750 MISSOURI AVE.

East St. Louis, Illinois

62201

MAIL CLEARED
US M...

