United States District Court
Southern District Of Illinois

BRAUN THOMPSON
V.
United States Of America

Case No. 3:22-CV-00059-NJR

☒ Civil Complaint Pursuant To Tort Claims Act,
28 U.S.C. 1346, 2671-2680

FINAL AMENDED COMPLAINT    10-11-2022

JURISDICTION:

Plaintiff:    BRAUN THOMPSON #09106-029
              U.S.P. MARION
              P.O. BOX 1000
              MARION, IL. 62959

Defendant:    United States Of America
              (no idea of proper adress)
              (no other defendants as such)

PREVIOUS/CURRENT LAWSUITS:
1. 13-CV-01346-mmm-BGC  Central District Of Illinois

| Judge Michael M. Mihm | Two CURRENT SUITS, WITH THE |
| Defendants: FCI Pekin, et al. | Southern District Of Illinois: |
| Civil Rights Action | Case No. 3:21-CV-14000-NJR |
| Disposition: Dismissed as "frivolous" | |
| Filing Date: August 2013 | CASE No. 3:22-CV-01062-JPG |
| Disposition: Spring 2014 | |

GRIEVANCE PROCEDURE:

In December 2020 I filed several complaints electronically (this specific procedure was later officialized by the Attorney General in a F.B.O.P-wide e-mail to the prison populations to make use of it this way), I used the DOJ emergency complaint system that goes directly to the Office Of Inspector General in Washington, D.C. These complaints were specific and in detail, regarding regarding staff and prisoner refusal to wear masks. These e-mails cannot be copied from my end. The DOJ/OIG would have to be Court-Ordered to release copies of these complaints.

On 01/06/2021 I attempted to "check in" to S.H.U. (Special Housing Unit) to get away from that health-threatening situation. During that attempt, and because of it, I was brutally assaulted by a prison guard whom I believe is named "Westbrook, and deny access to S.H.U. I made further e-mail complaints to both the Warden and the DOJ/OIG, but never received

Final Amended Complaint                                    Page 2
Case No. 3:22-cv-00059-NJR
   Continued 10-11-2022


any response or acknowledgement. After many weeks of such silence I wrote the Attorney General a complaint via physical postal Legal Mail. Some time later I was approached by a staff member, who refused to identify herself, claiming to be investigating the complaint. She made no attempt to do so that I am aware of. I wrote a second postal complaint to the Attorney General, but never received a response to it, either.

I am filing this amended complaint for two reasons. One is because that now that I have access to actual Tort Claim Knowledge of the law, I have to change the identity of the respondent/defendant to the United States of America, rather than an individual or individuals of prison staff.

The second reason is that, due to the Court's expressed concern regarding exhausting Administrative Remedy, I made a further effort in that area, inspite of already having gone all the way to the level of the Attorney General.

Attached is a full copy of a Tort Claim complaint I filed over a month ago, via postal Legal Mail, with both the Attorney General and the F.B.O.P. The complaint is explicit, detailed, clear, and in compliance with the Tort Claim Act. And since the response to it has been only a resounding silence, I am left with no recourse but follow through with this lawsuit. Since the government authorities will not even try to communicate with me a trial in front of a jury is my only option.

STATEMENT OF CLAIM:
The attached Tort Claim specifies the details. Primarily I am claiming on unlawful physical assault by prison staff that constitutes, effectively, torture/cruel and unusual corporeal punishment, denial of use of medical equipment prescribed to me, and unlawful confinement in a cell, as well as unlawful threat to my health and terroristic threat in retaliation.

I am seeking $10,000 (ten thousand dollars) in monetary compensation and a finding by the jury that the facts of the accusations are true and accurate, including identity of individual(s) wronging me

REQUEST FOR RELIEF:
Please see above "Statement of Claim:"

Final Amended Complaint

Case No. 3:22-CV-00059-NJR

Continued   10-11-2022

Page: 3

I do request a trial by jury.

I believe I am now properly following all required procedures.

Signed: October 11, 2022    Braun Thompson

BRAUN THOMPSON #09106-029

U.S.P. MARION

P.O. Box 1000

MARION, IL 62959

To: Attorney General
F.B.O.P. Director

Braun Thompson #09106-029
U.S.P. Marion
P.O. Box 1000
Marion, Illinois 62959

August    , 2022

Attorney General / Director,

This missive is directed to both the above (a full copy to each) because I am unsure which (if not both) will be dealing with these issues. Certainly both the above should be aware and involved.

This is a Tort Claim complaint for three separate situations, of which both your offices have been contacted previously and for which I have filed current federal civil lawsuits (further details concerning all this follows later). This is an attempt to settle these issues "out of court" pursuant to specific law: U.S.C. Title 28 Part VI. Chapter 171 Tort Claims Procedures § 2672: (first paragraph):

"The head of each Federal agency or his designee, in accordance with regulations prescribed by the Attorney General, may consider, ascertain, adjust, determine, compromise, and settle any claim for monetary damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occured."

These incidences all involve clearly wrongful acts against my person by prison staff; for the most part — if not in fact all — part of the official record. I am seeking the immediate investigation of these situations, appropriate monetary compesation for damages in each, and an official documented acknowledgement of those wrongful acts and the specific individuals who committed them. There are three situations, involving (1) a physical assault involving intentional brutality, (2) on-going serious medical misconduct/malpractice, and (3) a series of "petty" but harmful thefts, consisting of fraudulant PLRA payments unlawfully taken from my account. Details as follows:

Physical Assault: 3 pgs.
Medical Misconduct: 4 pgs.
Series of Thefts: 5 pgs. (Fraudulant PLRA payments)

<u>PHYSICAL ASSAULT:</u>
<u>BY WESTBROOK?</u>

In early November 2020 I was living in cellblock "D", in an open-faced cell (bars across the front), It was a common practice of many staff to refuse to wear masks inspite of the posted Program Statements and daily PA announcements requiring them to do so. Quite obviously prisoners cannot be the primary vector for a COVID 19 outbreak in the institution (U.S.P. Marion); the originating exposure(s) must come via staff. These staff repeatedly ignored objections and questions about thier lack of masks, and Administrative Remedy was unavailable because. Unit Team did not come to the block.

One morning the block was locked-down, and all of us were tested. About half of us, thirty to forty prisoners, tested positive. I was one of them, and was also one of those who became extremely sick for several days. The day we all tested postive all staff began wearing masks, in response to the peceiled threat to thier health; only "positive" tested prisoners remained in the block as everyone else had been moved out. By December there were no longer any active cases/"positive" test results, and many staff began refusing to wear masks, as well as the majority of prisoners. Because I had no other options, I filed several complaints through the DOJ/Sexual Abuse emergency complaint system in December (this procedure was later officialized by the Attorney General), but I never received any response or action about it. On Tuesday 01/05/2021 I went both to the S.H.U. entrance and the Lieutenants' Office to attempt to "check-in" to S.H.U. (Special Housing Unit); this was done both to remove myself from a physically dangerous situation, and to object to it. Thousands of people were dying from COVID, and having been exposed to it once was no garuntee of immunity to it; not even vacination has that garuntee. I was refused entrance to S.H.U.

To this point in this complaint, the above is all for informational purposes and not part of what I am currently attempting to bring suit for. It is the following occurence that I am actually seeking to take action on.

On Wednesday 01/06/2021 I was at the S.H.U. entrance at about 3:00-3:30 p.m., attempting to "check-in" as I could no longer accept the threat to my health posed by a cellblock of both staff and prisoners refusing to wear masks. An arriving staff member came back out of S.H.U. and asked me what I was doing, and I told him. I could not see his name tag clearly, it was obscurred, but it started with "We.... or Wes...." (this is all on camera, the entire incident). He was caucasion, about my heigth of 5'8", dark hair fairly short, in fit condition. Several staff and prisoners (who saw him) later identified him to me as "Westbrook". He was #1 at S.H.U. for that Watch (Evening), which I believe is an informal designation for the senior-in-authority line staff at S.H.U, working directly under the S.H.U. Lieutenant. As just stated, several people firmly

## PHYSICAL ASSAULT:
## BY WESTBROOK?

identified him to me, but I do not know of myself his name for sure. I have also been told that he was the only male guard named "Westbrook" working regularly full time at this institution at the time. The following would have been recorded clearly on several security cameras.

When I told this [John Doe] guard I was checking in he told me that no I was not, in spite of why, that he was not allowing me to, which he did not have the authority to decide. We argued for several minutes. He very aggressively charged at me trying to intimidate me. He then threatened to use physical force to make me leave, and ordered me to return to my cellblock. I told him I would be seeing him in court on a civil lawsuit, and turned and started walking away, as ordered. He then charged me from behind, grabbed me, and started pushing force-marching me down the corridor, without any cause at all. I was obeying his order.

At this point I need to explain my medical condition. For many years I have received regular chronic care for a permanantly compressed left sciatic nerve, and probably the peroneal nerve as well. I am in constant pain from it, and constantly walk/hobble with the use of an authorized crutch modified as a walking staff, to help me move without aggravating the injury and causing a severe increase in pain.

When he grabbed me he did so by grabbing **my right shoulder** and arm that I use for the crutch. He physically pushed/pulled me along, preventing me from properly using the crutch, causing me to hobble awkwardly, twisting and turning against the injured area and causing me extreme pain. This went on down two long corridors for several hundred feet. During it he stood off my right shoulder without a mask, breathing on my neck and face the whole time, forcing me to inhale his breath. Upon arriving at cellblock D he forced me down the steps and then down the tier into the cell, and had me locked in.

The grounds I am basing this action on are:

1. Physically attacking me for no cause while I was already obeying his order.
2. Force-marching me several hundred feet in extreme pain, literal torture.
3. Denying me my proper use of my medically authorized crutch while doing the above.
4. Forcing me into my cell and having me locked in while it was open-cell time.
5. Doing all of the above while clearly well out of his area of resposibility and authority: he was assigned to work in S.H.U., and left that area solely for the purpose of abusing me with malacious intent.

I believe the above actions of his constitute cruel and unusual punishment — literally torture —, denial of use of medical equiptment, threat to my health by breathing into

# PHYSICAL ASSAULT:
## BY WESTBROOK?

my face, false confinement locking me into a cell when he had no authority to do so, and deliberate terroristic threat to my person to repeat the above if I ever dared again to try to remove myself from a clear threat to my physical health, and possibly life, from people not wearing masks during the CoVID 19 emergency, even though required to by posted Program Statement and daily FA announcements.

This entire incident was reported via e-mail to the DOJ/OIG, and was also reported to the Attorney General several weeks later via physical mail (certified legal mail). Sometime after that I was approached in the dining hall by staff claiming to be investigating the situation, but she refused to identify herself or who/what she worked for, nor did she ever attempt to actually interview me or discuss the situation. I wrote a second letter to the Attorney General, again certified legal mail, and never received a response, nor ever contacted in any way again about the attack.

I am seeking, for the above listed damages and causes:

1) $10,000 (ten thousand dollars) monetary recompense
2) Certified documentation of the wrongs committed and by who, for which I am receiving the compensation. ✳
3) Written acknowledgement by both the B.O.P. and the D.O.J that what is presented as "Administrative Remedy" in Orientation lectures and in writing in Orientation handbooks is at the very least both incomplete and misleading; nowhere are such remedies as the Tort Claims Act refered to, nor is there any space for such, on the "BP" 8's, 9's, 10's, and 11's forms we are informed are the complete process of Administrative Remedy. There are no reference to such laws (including "small claims" type) or offered procedure for such anywhere in what is profered as "Administrative Remedy".

✳ NOTATION: All acts by public officials as such are part of the public record unless there is genuine cause for secrecy. A wrongful act — particularly deliberately committed — gives no grounds for secrecy or privacy. I have the right to knowledge of the identity of any public official/employee who so wrongs me, particularly to defend myself from retaliation and/or further abuses by that individual(s).







CERTIFIED MAIL

7021 2720 0001 8200 6138

MAIL CLEARED
US MARSHALS

Braun Thompson #09106-029
United States Penitentiary—Marion
P.O. Box 1000
Marion, Illinois 62959

SPECIAL
LEGAL
MAIL

Clerk of Court
United States District Court
Southern District of Illinois
P.O. Box 249
Room 141
750 Missouri Avenue
East St. Louis, Illinois
62201



RECEIVED

OCT 17 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Warden
United States Penitentiary
Marion, IL 62959
Date: OCT 1 2 2022

The enclosed letter was processed through
special mailing procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or problem over
which this facility has jurisdiction,
you may wish to return the material for
further information on clarification.
If the writer encloses correspondence for
forwarding to another address, please return



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT